UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                              Case No. 3:22-cr-121

vs.

VIRGIL R. LEE,                               District Judge Michael J. Newman

    Defendant.

## SCHEDULING ORDER

This criminal case is before the Court following Defendant's arraignment on November 7, 2022. The parties have met and conferred pursuant to Fed. R. Crim. P. 16.1 and have filed a notice and a proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is **January 16, 2023**. Doc. No. 19. Based on the parties' proposed scheduling order, the Court sets the following schedule in this case:

| | |
|---|---|
| Discovery deadline: | **November 18, 2022** |
| Motion filing deadline: | **December 1, 2022** |
| Status report deadline: | **December 19, 2022** |
| Final pretrial conference: | **January 9, 2023 at 11:00 a.m. via Teleconference** |
| Jury trial: | **January 17, 2023 at 9:30 a.m.** |

The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

    **IT IS SO ORDERED.**

November 21, 2022                                                s/Michael J. Newman
                                                                            Hon. Michael J. Newman
                                                                            United States District Judge