UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                       Case No. 3:22-cr-121

vs.

VIRGIL R. LEE,                         District Judge Michael J. Newman

    Defendant.

---

**ORDER ADOPTING IN FULL THE AMENDED REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 31)**

---

    This criminal case is before the Court on the Amended Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea. Doc. No. 31. There being no objections, the Court **ADOPTS** the Amended Report and Recommendation in full. The Court accepts Defendant's plea of guilty as to Count One of the Indictment, charging him with knowingly possessing a firearm while knowing he had previously been convicted of a misdemeanor crime of domestic violence, 18 U.S.C. §§ 922(g)(9) and 924(a)(2). Doc. No. 2 at PageID 3. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

  April 26, 2023                                     s/ Michael J. Newman
                                                                 Hon. Michael J. Newman
                                                                   United States District Judge